# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 20-5019**                                      **September Term, 2020**

**1:19-cv-01788-UNA**

**Filed On:** October 5, 2020

Benjamin Cunningham,

      Appellant

    v.

Administrative Office of the United States
Courts, et al.,

      Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson and Tatel, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the amended brief filed by appellant.  See Fed. R.
App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed January 2, 2020,
be affirmed.  The notice of appeal is timely only as to the order denying reconsideration.
See Fed. R. App. P. 4(a)(1)(B), (a)(4)(a).  Appellant has not shown that the district court
abused its discretion in denying his motion for reconsideration of the order dismissing
the case as duplicative of an amended complaint filed by appellant in a separate
lawsuit.  See Owens v. Republic of Sudan, 864 F.3d 751, 818 (D.C. Cir. 2017); see also
Zerilli v. Evening News Ass'n, 628 F.2d 217, 222 (D.C. Cir. 1980) ("[A] plaintiff has no
right to maintain two separate actions involving the same subject matter at the same
time in the same court and against the same defendant.") (citation and internal
quotation marks omitted).

**No. 20-5019**                                            **September Term, 2020**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk